UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- x

LESHAWN YOUNG, ON BEHALF OF HERSELF
AND ALL OTHER PERSONS SIMILARLY
SITUATED,

           Plaintiffs,

           v.

GHEBALY NYC LLC,

           Defendant.

---------------------------------------- x

No.: 1:22-cv-3386

**NOTICE OF VOLUNTARY DISMISSAL**

    Plaintiff(s), LESHAWN YOUNG, in accordance with Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above entitled action against Defendant, GHEBALY NYC LLC, with prejudice and without fees and costs.

Dated: New York, New York
       July 28, 2022

                                  **GOTTLIEB & ASSOCIATES**

                                  */s/Michael A. LaBollita, Esq.*

                                  Michael A. LaBollita, Esq., (ML-9985)
                                  150 East 18th Street, Suite PHR
                                  New York, NY 10003
                                  Phone: (212) 228-9795
                                  Fax: (212) 982-6284
                                  Michael@Gottlieb.legal

                                  *Attorneys for Plaintiffs*

SO ORDERED:

_____
United States District Court Judge
 Ronnie Abrams
07/29/2022